UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL A. HOAGLAND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>KEITH BARBER,<br><br>　　　　　Defendant. | No. CV-05-141-FVS<br><br><br>ORDER OF DISMISSAL |

**THE PLAINTIFF** having been ordered on May 17, 2005, to pay the full filing fee or explain why he should be excused from this obligation; and the District Court Executive having advised the Court that the plaintiff has failed to comply with either requirement; Now, therefore

**IT IS HEREBY ORDERED:**

The plaintiff's complaint is dismissed without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___21st___ day of June, 2005.

　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　Chief United States District Judge

ORDER 1